

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2019

No. 04-18-00631-CR

Bruno Lewis **TOVAR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2662-CR-B
Daniel H. Mills, Judge Presiding

# O R D E R

On July 16, 2019, this court abated this appeal to the trial court to hold a hearing to determine whether appellant desired to prosecute his appeal, whether appellant was indigent, and whether appellate counsel had abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). On August 15, 2019, this court received a supplemental record from the trial court finding that appointed counsel has not abandoned the appeal and has since filed the appellant's brief. Our records confirm that the appellant's brief has been filed in this court.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that the State's brief is due **thirty days** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court